# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CORRECTIONAL<br>INSTITUTION SECOND WATCH, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:06-CV-00992-AWI-SMS-P<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, DUPLICATIVE OF CASE NUMBER 1:06-CV-00868-AWI-WMW-P<br><br>(Doc. 1) |

　　　Plaintiff Willie Weaver ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 31, 2006. Plaintiff neither paid the $350.00 filing fee in full nor filed a completed application to proceed in forma pauperis.

　　　Plaintiff alleges in his complaint that he is being threatened, harassed, called names, and watched from wall cameras. The allegations in this action are duplicative of those set forth in case number 1:06-CV-00868-AWI-WMW-P <u>Weaver v. California Correctional Institution Second Watch</u>, filed on July 10, 2006. Further, the allegations are nearly identical to those set forth in case number 1:06-CV-00429-AWI-SMS-P <u>Weaver v. California Correctional Institution Confinement SHU</u>, which was dismissed on September 13, 2006, for failure to state a claim and frivolity.

///
///
///
///

1

1  Accordingly, this action is HEREBY DISMISSED, with prejudice, on the ground that it is
2  duplicative of case number 1:06-CV-00868-AWI-WMW-P <u>Weaver v. California Correctional</u>
3  <u>Institution Second Watch</u>.

6  IT IS SO ORDERED.

7  **Dated:   October 3, 2006**          **/s/ Anthony W. Ishii**
   0m8i78                                 UNITED STATES DISTRICT JUDGE